IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:20cr135-MHT |
| | ) | (WO) |
| STUART ALLEN DOUGLASS | ) | |

ORDER

Based on the evidence presented during the hearing on April 9, 2021, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendant Stuart Allen Douglass is adjudged not guilty of charges 1, 2, and 3 of the amended revocation petition (Doc. 28).

(2) Defendant Douglass is adjudged guilty of charges 8 and 10 in said petition.  As to these charges, the court is convinced by the evidence, and so finds, that defendant Douglass knowingly possessed a controlled substance.

It is further ORDERED that, based on a plea of guilty as to charges 4, 6, 7, and 11 in said petition, and a plea of no contest as to charges 9 in said

petition, defendant Douglass is adjudged guilty of these charges.

It is further ORDERED that the government's oral motion to dismiss charge 5 in said petition is granted, and said charge is dismissed.

It is further ORDERED that, so that defendant Douglass can have a full mental-health evaluation, the <u>in-person</u> sentencing is continued to June 25, 2021, at 10:00 a.m., in the Frank M. Johnson Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama.  The government is to arrange for the presence of defendant Douglass.

Defense counsel is to file the mental-health evaluation by 5:00 p.m. on June 15, 2021, along with a supplemental brief explaining the import, if any, of the evaluation.  The government may file a reply by 5:00 p.m. on June 22, 2021.

DONE, this the 12th day of April, 2021.

                                          /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**