IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )       2:20cr135-MHT
                            )            (WO)
STUART ALLEN DOUGLASS       )
```

### ORDER

Based on the representations made on the record during the conference call on April 23, 2021, and on the evidence presented during the hearing on the revocation petition on April 9, 2021, it is ORDERED that defendant Stuart Allen Douglass's motion for release pending sentencing (Doc. 54) is denied. Considering defendant Douglass's recent DUI charge for which the court has adjudged him guilty, and particularly because a young child was injured during that DUI, Douglass has not shown by clear and convincing evidence that he would not pose a danger to the safety of others in the community if released.

DONE, this the 26th day of April, 2021.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE