IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )       2:20cr135-MHT
                            )            (WO)
STUART ALLEN DOUGLASS       )
```

SUPPLEMENTAL ORDER ON
CONDITIONS OF SUPERVISED RELEASE

In accordance with the judgment of the court, it is ORDERED as follows:

(1) Defendant Stuart Allen Douglass will secure a position at a sober living house, such as the Oxford Houses, as soon as possible after his release from custody.  Defendant Douglass will reside at this sober living house pending further action of the court.

(2) Defendant Douglass shall abstain from all use of alcohol and illicit substances during his term of supervision.  He shall submit to drug and alcohol testing at the direction of his probation officer.  The court recommends that this testing occur twice per week, but the exact frequency shall be at the probation officer's discretion.  The probation officer is to

notify the court immediately if defendant Douglass tests positive at any point for either drugs or alcohol.

(3) Defendant Douglass shall attend, and the probation officer in consultation with defense counsel shall arrange for, individual therapy at least once per week for the duration of his term of supervised release, beginning as soon after his release as such treatment can be provided. Per the recommendations of Dr. Margaret Flanagan, this therapy should include cognitive behavioral therapy "directed at increasing coping skills in order to prevent relapse," as well as therapy "to address his previous history of abuse, neglect, and the associated traumas." Psychological Evaluation (Doc. 63) at 15. Defense counsel and the probation officer shall coordinate with defendant Douglass to seek out a therapy provider with whom he has a good fit.

(4) On or before November 5, 2021, defense counsel and the probation officer shall jointly file a report

updating the court on defendant Douglass's progress with regard to settling into a sober living house and obtaining the required therapy.

(5) A conference call is set for May 5, 2022, at 8:45 a.m.  The courtroom deputy shall arrange for the call.  On or before May 2, 2022, defense counsel and the probation officer shall jointly file a report updating the court on defendant Douglass's progress.

DONE, this the 8th day of June, 2021.

                                           /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**